**No. 48522.**—Protest 37225–K of Pacific Trading Co. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim at 10 percent under paragraph 1558 was sustained.